# ROSE M. WEBER
ATTORNEY AT LAW
30 VESEY STREET • SUITE 1801
NEW YORK, NEW YORK 10007

(212) 748-3355

February 1, 2019

**BY ECF**
Honorable Brian M. Cogan
United States District Judge
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    *Donna Marie Rosa v. Triborough Bridge and Tunnel Authority, et al.*,
               18 CV 1384 (BMC)

Your Honor:

      Plaintiff and defendant Staten Island University Hospital ("SIUH") write jointly to request respectfully clarification of the Court's electronic Order dated January 22, 2019, concerning a performance review conducted by SIUH following the death of plaintiff's decedent. In that Order, the Court (presumably having reviewed the report *in camera*) directed SIUH "to produce to plaintiff Rosa a redacted version of the performance report that leaves any statement by a party to this action unredacted."

      The phrasing of the Order led plaintiff to believe that the Court had found at least some of the material in the report to be discoverable. SIUH, however, maintains that there are no party statements whatsoever in the report and that the report would have to be redacted in its entirety. Accordingly, plaintiff and SIUH respectfully request that the Court clarify its Order to advise the parties as to what parts of the review (if any) the Court found discoverable.

      Thank you for your consideration of this request.

                                      Very truly yours,

                                      /s

                                      Rose M. Weber (RW 0515)

cc:    Gregg D. Weinstock, Esq. (by ECF)
        Frank DiLuccia, Esq. (by ECF)